IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>JEFFREY EDWARDS,<br><br>           Defendant. | 8:23CR124<br><br>ORDER |

      The undersigned magistrate judge held a telephone status conference with the attorneys regarding the progression of this case. Assistant United States Attorney Donald Kleine appeared for plaintiff. Attorneys Shawn McCann and Summer McKeivier appeared for defendant. The parties discussed case status and jointly requested the matter be set for trial progression and further status.

      IT IS ORDERED:

1)     Pretrial motions, as defined under Federal Rule of Criminal Procedure 12(b)(3), shall be filed on or before **December 16, 2024**, and that deadline will not be extended by the Court except for good cause shown.

2)     The Telephone Status Conference with counsel to discuss the progression of this case is continued to **December 18, 2024, at 9:30 a.m.** before the undersigned magistrate judge. Counsel for the parties shall use Restricted Order [32] for conference connection instructions to participate in the call. A trial date will be set at that time, as well as a deadline for expert disclosures.

3)     In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between today's date and December 18, 2024, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

      Dated this 15th day of November, 2024.

                                                                     BY THE COURT:

                                                                     s/ Ryan C. Carson
                                                                     United States Magistrate Judge